1  Robert C. Holtzapple (State Bar No. 145954)
      (rholtzapple@fbm.com)
2  Ruth Ann Castro (State Bar No. 209448)
      (rcastro@fbm.com)
3  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendants
   TIMOTHY JOHN and TJOHNE PRODUCTION,
7  INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 CASEY TROYER, LUKE SCHMIDT,           Case No. C 08-01926 MMC
   JEFFREY WARD and KEVIN COGER,
12 individuals,
                                          **PROOF OF SERVICE**
13                Plaintiffs,

14        vs.

15 TIMOTHY JOHN, T JOHN E
   PRODUCTION, INC., and DOES 1
16 through 50, inclusive,

17                Defendants.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. C 08-01926 MMC

23151\1528034.1

I, Alison Brown, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On April 11, 2008, I served a copy of the within document(s):

**Notice of Removal of Action under 28 U.S.C. § 1441(b)**

**Declaration of Timothy John in Support of Notice of Removal of Action under 28 U.S.C. § 1441(b)**

**Order Setting Initial Case Management Conference and ADR Deadlines [with attachments]**

**Notice of Availability of Magistrate Judge to Exercise Jurisdiction**

**ECF Registration Information Handout**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for next busines day delivery.

☒ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Mark L. Webb, Esq.
Law Office of Mark L. Webb
214 Grant Street, Suite 301
San Francisco, CA 94108

*Attorneys for Plaintiffs*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California on **April 11, 2008**.

_____
Alison Brown

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. Case No. C 08-01926 MMC    - 2 -    23151\1528034.1