| | |
|---|---|
| 1 | Robert C. Holtzapple (State Bar No. 145954) |
| | (rholtzapple@fbm.com) |
| 2 | Ruth Ann Castro (State Bar No. 209448) |
| | (rcastro@fbm.com) |
| 3 | FARELLA BRAUN & MARTEL LLP |
| | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |
| 6 | Leslie C. Morant |
| | (*Pro Hac Vice* pending) |
| 7 | LesMorant@lwr.com |
| | LAW, WEATHERS & RICHARDSON, P.C. |
| 8 | 333 Bridge Street, N.W., Suite 800 |
| | Grand Rapids, MI 49504 |
| 9 | Telephone: (616) 459-1171 |

Attorneys for Defendants
TIMOTHY JOHN and TJOHNE PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TROYER, LUKE SCHMIDT, JEFFREY WARD and KEVIN COGER, individuals, | Case No. CV-08-1926 |
| Plaintiffs, | **DEFENDANTS TIMOTHY JOHN AND TJOHNE PRODUCTIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | **(CIVIL L.R. 3-16 AND FRCP 7.1)** |
| TIMOTHY JOHN, TJOHNE PRODUCTION, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16 the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

TJOHNE PRODUCTION, INC.'S CERT. OF
INTERESTED ENTITIES OR PERSONS/US
District Court Case No: CV-08-1926

23151\1533120.1

1.      ThinkFast, Incorporated (wholly owned by Defendant Timothy John and his wife, Linda John); and

2.      X-Treme Entertainment, Incorporated (wholly owned by Defendant Timothy John and his wife, Linda John).

The aforementioned entities, though not named or involved in the subject matter of the action, have a financial interest in Timothy John and could be substantially affected by the outcome of this proceeding.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, TJohnE Production, Inc. makes the following disclosures:

1.      TJohnE Productions, Inc. does not have any parent corporations.

2.      No publicly held corporations own 10% or more of TJohnE Production, Inc.

Dated:  April 18, 2008                                              FARELLA BRAUN & MARTEL LLP


                                                                    By:   /s/ Ruth Ann Castro
                                                                          Ruth Ann Castro

                                                                    Attorneys for Defendants
                                                                    TIMOTHY JOHN and TJOHNE
                                                                    PRODUCTIONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

TJOHNE PRODUCTION, INC.'S CERT. OF INTERESTED ENTITIES OR PERSONS/US District Court Case No: CV-08-1926      - 2 -      23151\1533120.1