| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here Leslie C. Morant, Law, Weathers & Richardson, P.C., 333 Bridge Street, N.W., Suite 800, Grand Rapids, MI 49504 (616) 459-1171

FILED
APR 18 AM 9: 15

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Casey Troyer, Lukd Schmidt, Jeffrey Ward and Kevin Coger, individuals,

Plaintiff(s),

v.

Timothy John, T John E Production, Inc., and Does 1 through 50, inclusive,

Defendant(s).

CASE NO. CV-08-1926 mmc

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Leslie Charles Morant, an active member in good standing of the bar of the states of Michigan and Ilinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing T. John & T John E Production in the above-entitled action.

In support of this application, I certify on oath that:

**BY FAX**

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Ruth Ann Castro (209448), Farella Braun & Martel, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104 (415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2008                                    *Leslie C. Morant*

COPY

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CASEY TROYER, LUKE SCHMIDT,           Case No. CV-08-1926 mmc
   | JEFFREY WARD and KEVIN COGER,
12 | individuals,                          **[PROPOSED] ORDER GRANTING
   |                                       APPLICATION FOR ADMISSION OF
13 |         Plaintiffs,                   ATTORNEY *PRO HAC VICE***

14 |     vs.

15 | TIMOTHY JOHN, TJOHNE
   | PRODUCTION, INC., and DOES 1
16 | through 50, inclusive,

17 |         Defendants.                              **BY FAX**

18

19      Leslie Charles Morant, an active member in good standing of the bar of Michigan and

20 Illinois, whose business address and telephone number is Law, Weathers & Richardson, P.C., 333

21 Bridge Street, N.W., Suite 800, Grand Rapids, MI 49504, telephone number (616) 459-1171,

22 having applied in the above-entitled action for admission to practice in the Northern District of

23 California on a *pro hac vice* basis, representing Defendants Timothy John and TjohnE

24 Productions, Inc.

25      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

26 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

27 *vice.* Service of papers upon and communication with co-counsel designated in the application

28 will constitute notice to the party. All future filings in this action are subject to the requirements

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER GRANTING APPLICATION
FOR ADMISSION PRO HAC VICE
US District Court Case No. CV-08-1926

23151\1533425.1

1 | contained in General Order No. 45, *Electronic Case Filing*.

2

3 | Dated:

_____
Judge Maxine M. Chesney
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER GRANTING APPLICATION
FOR ADMISSION PRO HAC VICE — 2 —
US District Court Case No. CV-08-1926

23151\1533425.1