UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TROYER, LUKE SCHMIDT, JEFFREY WARD and KEVIN COGER, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY JOHN, TJOHNE PRODUCTION, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-08-1926 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |



Leslie Charles Morant, an active member in good standing of the bar of Michigan and Illinois, whose business address and telephone number is Law, Weathers & Richardson, P.C., 333 Bridge Street, N.W., Suite 800, Grand Rapids, MI 49504, telephone number (616) 459-1171, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Timothy John and TjohnE Productions, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1 | contained in General Order No. 45, *Electronic Case Filing*.

2 | Dated: APR 2 3 2008

3 | Judge Maxine M. Chesney
United States District Judge

PROPOSED ORDER GRANTING APPLICATION
FOR ADMISSION PRO HAC VICE — 2 —
US District Court Case No. CV-08-1926

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

23151\1533425.1