IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TROYER, et al., | No. C 08-1926 MMC |
|     Plaintiffs, | **ORDER VACATING JUNE 13, 2008 HEARING** |
|   v. | |
| TIMOTHY JOHN, et al., | |
|     Defendants | |

    Before the Court is defendants' "Motion (A) to Dismiss for Lack of Personal Jurisdiction and for Improper Venue; (B) Alternatively, to Transfer for Improper Venue or; (C) Alternatively, to Transfer Venue for Convenience," filed April 18, 2008 and noticed for hearing on June 13, 2008.  Pursuant to the Civil Local Rules of this District, opposition was due no later than May 23, 2008.  See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).  No opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for June 13, 2008.

    **IT IS SO ORDERED.**

Dated: May 30, 2008

MAXINE M. CHESNEY
United States District Judge