IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TROYER, et al., | No. C 08-1926 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| TIMOTHY JOHN, et al., | |
| Defendants / | |

Before the Court is defendants' "Motion (A) to Dismiss for Lack of Personal Jurisdiction and for Improper Venue; (B) Alternatively, to Transfer for Improper Venue or; (C) Alternatively, to Transfer Venue for Convenience," filed April 18, 2008. No opposition or other response to the motion has been filed.

Having read and considered the papers submitted in support of the motion,[1] the Court, for the reasons stated by defendants, finds the Court lacks personal jurisdiction over defendants.[2]

//
//

---

[1] By order filed May 30, 2008, the Court vacated the scheduled June 13, 2008 hearing.

[2] In light of this finding, the Court does not consider defendants' alternative motions to dismiss for improper venue or to transfer venue for convenience.

1    Accordingly, defendants' motion to dismiss is hereby GRANTED, and the complaint
2 is DISMISSED without prejudice.
3    **IT IS SO ORDERED.**

5 Dated: June 5, 2008

_____
MAXINE M. CHESNEY
United States District Judge