IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASEY TROYER, et al.,

        Plaintiffs,

  v.

TIMOTHY JOHN, et al.,

        Defendants.
                                   /

No. CV-08-1926 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion to dismiss is hereby GRANTED, and the complaint is DISMISSED without prejudice.

Dated: June 5, 2008                                            Richard W. Wieking, Clerk

                                                                     By: Tracy Lucero
                                                                     Deputy Clerk