1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  Telephone: (415) 621-4500
   Facsimile: (415) 621-4173
4

5  Attorney for Plaintiff,
   CASEY TROYER, LUKE SCHMIDT, JEFF WARD, AND KEVIN COGER

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8

9  CASEY TROYER, LUKE SCHMIDT,          Case No.: C 08-01926 MMC
   JEFFERY WARD, AND KEVIN COGER,
10 individuals,                         **REPLY TO DEFENDANT'S OPPOSITION
                                        TO PLAINTIFF'S MOTION TO VACATE
11         Plaintiff,                   ORDER GRANTING
                                        DISMISSAL;MOTION TO RECONSIDER
12    v.                                DISMISSAL**
                                        _____
13 TIMOTHY JOHN, T JOHN E
   PRODUCTION, INC., and DOES 1 TO      **Date: July 18, 2008
14 50, inclusive                        Time: 9:00 am
                                        Dept: Courtroom 10
15                                      Judge: Hon. Maxine M. Chesney**
            Defendants.
16

17

18                    **I. ARGUMENT**

19    **A.  This Honorable Court should hear this motion on the merits since plaintiffs' counsel
          honestly relied on the fact that the motion was to be heard two weeks later.**
20

21         Despite numerous pleadings having been filed, plaintiffs' opposition to transfer this case to

22 Michigan has *never been heard or even considered* by this Court. Plaintiffs' counsel, a solo

23 practioner with an excellent 30 year record before, this Court has sworn under oath that he relied

24 on representations by defense counsel that the original motion date would be delayed to allow

25 plaintiffs' counsel a week holiday to attend his daughter's graduation from college in New York.

26 The affidavit swears that it was because of this reliance on the representations of an officer of this

27

28                          -1-

1    court, Mr. Holtzapple, that plaintiffs' counsel honestly assumed the motion would be delayed.

2    This reliance was not simply verbal but *memorialized* in writing, Exhibit 1.

3          For some reason unexplained by defense counsel, this Court granted their motion *prior* to

4    the original hearing date of June 13th . (According to them, the Court vacated the hearing on May

5    30th ;but the court *docket* shows that on June 5th, the day before plaintiffs' opposition was filed, the

6    Court entered judgment and ordered the case dismissed.) (See Exhibit 2, docket sheet).  Such

7    orders are usually not granted unless on request of counsel and no representation is made by the

8    defense that they *did not* do so here.

9

10          However, whether this Honorable Court granted defendants' motion on its own prior to

11   the hearing date simply because no papers were filed by plaintiffs, it is *clear* that the defendants

12   and their law firms wish to *exploit* this mistake and deny any such representation that rescheduling

13   was ever made. Indeed, defense counsel *euthusastically urge* this Court to *ignore the merits* and

14   the facts of plaintiffs' detailed opposition because of this inadvertent procedural flaw. How

15   desperate must these attorneys and their clients be *to not* have the merits heard that they would try

16   to sway this Court away from allowing four plaintiffs complaining of grievous, repeated labor

17   violations from even being heard?

18

19          Plaintiffs respectfully, submit that, at a minimum, this Court should consider this case on

20   the merits, which it has never been! If an honest mistake were made in perceiving that a

21   continuance was agreed to, which was memorialized in writing, should not a solo practioner be

22   able to rely on that? Should this Court simply decide to dismiss this case because of what a

23   veteran attorney claims is a misrepresentation of opposing counsel and is certainly no more than a

24   misunderstanding?

25

26

27

28

-2-

Plaintiffs' counsel knows this Honorable Court to be fair and considerate and not likely to dismiss a case that has a fair basis for remaining in California *without a hearing*. To emphasize and demonstrate plaintiffs' counsel belief that the motion was to be continued, this Court need only look at its own file and see that a full opposition to the motion was filed June 6, 2008 in honest anticipation of the later court date.

**B. Defendants have sufficient ties to California to keep the case here.**

In plaintiffs' opposition to the motion for dismissal and transfer, *numerous* facts were set forth in affidavits attesting to defendants' ties to California. These facts include the observations of plaintiffs at defendants' headquarters, admissions by defendant T. John, website references that show links to California, including a premiere gala event for a major motion picture in 2006, purchase information to buy t-shirts from California, and bookings claimed by T. John E of a magician named Banachek, whose website indicates all bookings for this artist must be effectuated by T. John E in Michigan. As shown in earlier pleadings, Banachek, on his website, claims to have performed in at least *three colleges* in California. A natural presumption would be, then, that Banachek's appearances in California were booked by T. John E!

Despite a 16 page opposition and 3 affidavits, defendants have *failed* to rebut most of the ties cited above.  No declaration from the defendant himself is offered denying *all these ties*, therefore making the testimony of plaintiffs' uncontraverted.

It is respectfully submitted that because of the abundance of ties, including the major motion picture event and defendants' proclamations that he intended to do more business like that in California, provide a basis for jurisdiction. Furthermore, recent internet information shows that T. John E Productions is *actively seeking* and perhaps booking events through a *separate website* called www.specialeventsite.com. (See Exhibit 3).

Under these circumstances, it is unquestionable that defendant would be reachable by a lawsuit if, for instance, an accident had happened and someone had been injured at one of these events in California. Yet now, without even submitting controverting affidavits, this Court is asked to decide that there are no ties whatever adequate to make defendant responsible here, though plaintiffs' choice of forum is here, and two of the four plaintiffs reside here.

As for Banachek's affidavit disputing the claim that his bookings in California were through T. John E, this Court is not bound to take his word untested in deposition, anymore that it is bound to take the word of a defendant who claims to have no ties whatsoever.

Plaintiffs' counsel originally asked to take the deposition of defendant T. John to see if there was a basis for jurisdiction in California. (See Exhibit 4) Defense counsel denied this request, demanding that plaintiffs' counsel proffer evidence of showing California ties first. Plaintiffs counsel then set forth California ties and again requested deposition on this issue alone. (See Exhibit 5). Defense counsel reneged and claimed that the evidence still did not show ties and refused a deposition.

Because of these refusals to allow the facts to be brought out in a limited deposition on the issue of California ties, plaintiffs, who, after all, are only employees, have been deprived of the ability to show this Court more. Yet, even without such deposition, the evidence is abundant that defendants have done, are doing, and continue to do business and solicit business in this state.

Therefore, it is respectfully submitted that the Court deny the motion or at a minimum order a deposition to go forward to establish whether or not ties or business dealings in California warrant keeping the case here.

In the alternative, plaintiffs would request a *formal evidentiary hearing* to be had with witnesses who can be examined and cross examined so this Court can make a fair determination

on this issue. Given the importance of this issue, this Court should not be forced to decide whether or not this case will continue without reliable evidence.

## II. CONCLUSION

The pattern of conduct by defense counsel constitutes a transparent attempt at evasion: evading a hearing on the merits, evading the facts that are clear fro the internet and sworn testimony of plaintiffs, evading a preliminary deposition to test the self serving statement of the defendant. The history of this motion, plaintiffs' good faith reliance on a continuance and the facts showing California ties demonstrate eloquently the reason for such evasive tactics.

Therefore, It is respectfully submitted that this Court deny the motion or at a minimum allow a deposition to go forward to establish whether or not ties or business dealings in California warrant keeping the case here. In the alternative, plaintiffs' would request a formal evidentiary hearing to be had with witnesses who can be examined and cross examined so this Court can make a fair determination on this issue.


DATED: July 2, 2008                    LAW OFFICES OF MARK L. WEBB



                                       By:    _____
                                              Mark L. Webb, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1



LAW OFFICES OF

### Mark L. Webb

A PROFESSIONAL CORPORATION

*Attorneys at Law*

MARK L. WEBB
*Former U.S. Department of Justice Prosecutor*

May 15, 2008

**VIA U.S. MAIL & FAX**
Mr. Robert C. Holtzapple, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Re:    Casey Troyer, et al v. Timothy John, et al
       U.S. District Court Case No.: C 08-01926 MMC

Dear Mr. Holtzapple:

        This will confirm our conversation yesterday in which you were kind enough to agree to postpone your Motion to Dismiss until we have had a chance to discuss the possibility of a deposition in Michigan.

Sincerely,
LAW OFFICES OF MARK L. WEBB


Mark L. Webb, Esq.
DICTATED BUT NOT READ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRANSMISSION VERIFICATION REPORT

```
TIME  : 05/15/2008
NAME  : LAW OFFICES
FAX   : 4156214173
TEL   : 4156214500
SER.# : BROD5J26198
```

```
DATE,TIME            05/15  16:29
FAX NO./NAME         14159544480
DURATION             00:00:28
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

## LAW OFFICES OF
# Mark L. Webb
### A PROFESSIONAL CORPORATION
*Attorneys at Law*

214 Grant Avenue, Suite 301
SAN FRANCISCO, CALIFORNIA 94108
PHONE (415) 621-4500
FAX (415) 621-4173

May 15, 2008

TO: Robert C. Holtzapple

FAX: 415-954-4480

FROM: Jeshawna Harrell

PAGES: 2 (including coversheet)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

CAND-ECF

ADRMOP, CLOSED

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:08-cv-01926-MMC**

Troyer et al v. John et al
Assigned to: Hon. Maxine M. Chesney
Cause: 28:1332 Diversity-Fair Labor Standards Act

Date Filed: 04/11/2008
Date Terminated: 06/05/2008
Jury Demand: Defendant
Nature of Suit: 710 Labor: Fair
Standards
Jurisdiction: Federal Question

**Plaintiff**

**Casey Troyer**                          represented by **Mark Lopert Webb**
                                          Law Offices of Mark L. Webb
                                          294 Page Street
                                          San Francisco, CA 94102
                                          415-621-4500
                                          Fax: 415-621-4173
                                          Email: countmarco1@yahoo.c
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Schmidt**                          represented by **Mark Lopert Webb**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Ward**                          represented by **Mark Lopert Webb**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Coger**                           represented by **Mark Lopert Webb**
*individuals*                             (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

CAND-ECF

**Timothy John**                    represented by **Ruth Ann Castro**
                                                   Farella Braun & Martel LLP
                                                   235 Montgomery Street, 17th I
                                                   San Francisco, CA 94104
                                                   415-954-4400
                                                   Fax: 415 954-4480
                                                   Email: rcastro@fbm.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Leslie Charles Morant**
                                                   333 Bridge Street, N.W.
                                                   Suite 800
                                                   Grand Rapids, MI 49504
                                                   616-459-1171
                                                   Email: LesMorant@lwr.com
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Robert C. Holtzapple**
                                                   Farella Braun & Martel LLP
                                                   235 Montgomery Street, 17th I
                                                   San Francisco, CA 94104
                                                   415/954-4400
                                                   Fax: 415 954-4480
                                                   Email: rholtzapple@fbm.com
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**T John E Production, Inc**        represented by **Ruth Ann Castro**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Leslie Charles Morant**
                                                   (See above for address)
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Robert C. Holtzapple**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2008 | 1 | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b); (N PROCESS) from Superior Court of the State of California in and for th County of San Francisco Unlimited Civil Jurisdiction. Their case numb CGC 08-473298. (Filing fee $350.00 receipt number 34611018065). Fi |

CAND-ECF

| | | | |
|---|---|---|---|
| | | | byTimothy John, T John E Production, Inc. (aaa, Court Staff) (Filed on 4/11/2008) (aaa, Court Staff). (Entered: 04/14/2008) |
| 04/11/2008 | 2 | | ADR SCHEDULING ORDER: Case Management Statement due by 7/11/2008. Case Management Conference set for 7/18/2008 10:30 AM by Judge Maxine M. Chesney on 4/11/08. (Attachments: # 1 MMC Sta Order, # 2 Standing Order)(aaa, Court Staff) (Filed on 4/11/2008) (Ente 04/14/2008) |
| 04/11/2008 | 3 | | Declaration of TIMOTHY JOHN in Support of 1 Notice of Removal, f byTimothy John, T John E Production, Inc. (Related document(s) 1 ) (a Court Staff) (Filed on 4/11/2008) (aaa, Court Staff). (Entered: 04/14/20 |
| 04/11/2008 | | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed o 4/11/2008) (Entered: 04/14/2008) |
| 04/14/2008 | 4 | | CERTIFICATE OF SERVICE by Timothy John, T John E Production, *PROOF OF SERVICE* (Castro, Ruth Ann) (Filed on 4/14/2008) (Entere 04/14/2008) |
| 04/14/2008 | 5 | | CERTIFICATE OF SERVICE by Timothy John, T John E Production, *CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF ACTIO FEDERAL DISTRICT COURT* (Attachments: # 1 Exhibit A)(Castro, R (Filed on 4/14/2008) (Entered: 04/14/2008) |
| 04/18/2008 | 6 | | ERRATA re 1 Notice of Removal, *of Action of Under 28 U.S.C. Sectio (b)* by Timothy John, T John E Production, Inc. (Attachments: # 1 Exhi (Castro, Ruth Ann) (Filed on 4/18/2008) (Entered: 04/18/2008) |
| 04/18/2008 | 7 | | Certificate of Interested Entities by Timothy John, T John E Production (Castro, Ruth Ann) (Filed on 4/18/2008) (Entered: 04/18/2008) |
| 04/18/2008 | 8 | | MOTION to Dismiss for Lack of Jurisdiction *and for Improper Venue,* MOTION to Change Venue *for Improper Venue or, Alternatively, for Convenience* filed by Timothy John, T John E Production, Inc. Motion set for 6/13/2008 09:00 AM in Courtroom 7, 19th Floor, San Francisco (Attachments: # 1 Proposed Order)(Castro, Ruth Ann) (Filed on 4/18/2 (Entered: 04/18/2008) |
| 04/18/2008 | 9 | | Declaration of Timothy John in Support of 8 MOTION to Dismiss for Jurisdiction *and for Improper Venue* MOTION to Change Venue *for In Venue or, Alternatively, for Convenience* filed byTimothy John, T John Production, Inc. (Attachments: # 1 Exhibit A-C)(Related document(s) 8 (Castro, Ruth Ann) (Filed on 4/18/2008) (Entered: 04/18/2008) |
| 04/18/2008 | 11 | | MOTION for leave for admission of Attorney Leslie Charles Morant to in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611018280.) fi Timothy John, T John E Production, Inc. (Attachments: # 1 **[Proposed]** (aaa, Court Staff) (Filed on 4/18/2008) (Entered: 04/23/2008) |
| 04/22/2008 | 10 | | CLERK'S NOTICE to Defendant(s) Attorney(s) by e-mail or U.S. mail Failure to E-File/E-Mail re 1 Notice of Removal & 3 Declaration and/o to Register as an E-Filer (aaa, Court Staff) (Filed on 4/22/2008) (Entere 04/22/2008) |

CAND-ECF

| | | |
|---|---|---|
| 04/23/2008 | 12 | ORDER by Judge Maxine M. Chesney granting 11 Motion for Pro Ha attorney Leslie Charles Morant. (tl, COURT STAFF) (Filed on 4/23/20 (Entered: 04/23/2008) |
| 05/30/2008 | 13 | ORDER VACATING JUNE 13, 2008 HEARING. The Court deems defendants' motion to dismiss or transfer submitted on the moving pape vacates the hearing scheduled for June 13, 2008. Signed by Judge Max Chesney on May 30, 2008. (mmclc1, COURT STAFF) (Filed on 5/30/ (Entered: 05/30/2008) |
| 06/05/2008 | 14 | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS. The complaint is dismissed without prejudice. Signed by Judge Maxine M. on June 5, 2008. (mmclc1, COURT STAFF) (Filed on 6/5/2008) (Ente 06/05/2008) |
| 06/05/2008 | 15 | JUDGMENT: Defendants motion to dismiss is hereby GRANTED, an complaint is DISMISSED without prejudice. (tl, COURT STAFF) (Fil 6/5/2008) (Entered: 06/05/2008) |
| 06/06/2008 | 16 | MEMORANDUM of Points and Authorities in Opposition re 8 Motion Dismiss filed byCasey Troyer, Luke Schmidt, Jeffrey Ward, Kevin Co Court Staff) (Filed on 6/6/2008) (Entered: 06/10/2008) |
| 06/10/2008 | 17 | CLERK'S NOTICE to Plaintiff(s) Attorney(s) by e-mail or U.S. mail r to E-File/E-Mail re 16 Opposition and/or Failure to Register as an E-Fi Court Staff) (Filed on 6/10/2008) (Entered: 06/10/2008) |
| 06/10/2008 | 18 | MOTION to Vacate Motion to Reconsider Dismissal filed by Casey Tr Luke Schmidt, Jeffrey Ward, Kevin Coger. Motion Hearing set for 6/2 09:00 AM in Courtroom 7, 19th Floor, San Francisco. (Webb, Mark) ( 6/10/2008) (Entered: 06/10/2008) |
| 06/10/2008 | 19 | Memorandum in Opposition to Defendant's 18 Motion to Dismiss filed Troyer, Luke Schmidt, Jeffrey Ward, Kevin Coger. (Webb, Mark) (File 6/10/2008) Modified on 6/11/2008 (aaa, Court Staff). (Entered: 06/10/2 |
| 06/10/2008 | 20 | MOTION to Vacate and Motion to Reconsider Dismissal filed by Case Troyer, Luke Schmidt, Jeffrey Ward, Kevin Coger. Motion Hearing se 6/27/2008 09:00 AM in Courtroom 7, 19th Floor, San Francisco. (Web (Filed on 6/10/2008) (Entered: 06/10/2008) |
| 06/11/2008 | 21 | NOTICE by Casey Troyer, Luke Schmidt, Jeffrey Ward, Kevin Coger Notice of Motion to Vacate Order Granting Dismissal;Motion to Recon Dismissal (Webb, Mark) (Filed on 6/11/2008) (Entered: 06/11/2008) |
| 06/11/2008 | | Set/Reset Deadlines as to 20 MOTION to Vacate and Motion to Recon Dismissal, 18 MOTION to Vacate Motion to Reconsider Dismissal. Re Motion Hearing set for 7/18/2008 09:00 AM. Re 21 Notice(aaa, Court (Filed on 6/11/2008) (Entered: 06/12/2008) |
| 06/27/2008 | 22 | Memorandum in Opposition to Plaintiffs' 18 Motion to Reconsider Dis to Vacate Order of Dismissal filed byTimothy John, T John E Producti (Attachments: # 1 Declaration of Ruth Ann Castro In Support of Defen |

CAND-ECF

Reconsider Dismissal, # 2 Declaration of Robert C. Holtzapple In Sup
Defendants' Motion to Vacate Order Granting Dismissal; Motion to Re
Dismissal, # 3 Declaration of Steven Shaw In Support of Defendants'
Opposition to Plaintiffs' Motion to Vacate Order Granting Dismissal; N
Reconsider Dismissal)(Castro, Ruth Ann) (Filed on 6/27/2008) Modifi
6/30/2008 (aaa, Court Staff). (Entered: 06/27/2008)

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/02/2008 12:30:03 | | |
| PACER Login: | mw2775 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:08-cv-01926-MMC |
| Billable Pages: | 3 | Cost: | 0.24 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

**specialeventsite**
directory of event services

**Ct Corporation**
Incorporate for $75 plus state fee. We are an
Inc 500 Company!

**Candlewo**
New Luxury
Connecticut

What service do you need today?

(i) user info    ✉ tell a friend    home

<< Back

**TjohnE Productions Inc.**
2836 Belleglade Ct.
Grand Rapids, MI
T: 6162855744
F: 6162855918

Request Quote    Re

**What**

Category: **Hoists, Lifting Devices**
Describe Your Needs:

☐ delivery/pickup  ☐ installation

**Where**

CA: San Francisco

enter zipcode:

**When**

Starting on: Jun   25   2008

For ___ days:

**My Info**

Name:

Company:

Phone:

Email:

☑ Remember above fields.

Rec

about us  |  submit site  |  advertise  |  store

© Copyright 2001 - 2008 RentalSite LLC  •  Privacy Policy  •

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# W

LAW OFFICES OF

## MARK L. WEBB

A PROFESSIONAL CORPORATION

*Attorneys at Law*

MARK L. WEBB
*Former U.S. Department of Justice Prosecutor*

May 6, 2008

**VIA U.S. MAIL & FAX**
Ms. Ruth Ann Castro, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Re:  <u>Casey Troyer, et al v. Timothy John, et al</u>
     U.S. District Court Case No.: C08-4732198

Dear Ms. Castro:

     I enjoyed talking to you yesterday.  It occurred to me that Judge Chesney may be in favor of me flushing out the facts on your client's contacts in California via deposition and document production.  Although the rules generally require waiting on depositions, would think that this would be an exceptional circumstance since your motion to dismiss is based on the factual contention that the defendant has inadequate contacts in California.  Such a deposition would be limited to the area of California contacts. Please respond with your thoughts.

Sincerely,
LAW OFFICES OF MARK L. WEBB

Mark L. Webb, Esq.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF**

# Mark L. Webb

### A PROFESSIONAL CORPORATION

*Attorneys at Law*

214 Grant Avenue, Suite 301
SAN FRANCISCO, CALIFORNIA 94108
PHONE (415) 621-4500
FAX (415) 621-4173

May 6, 2008

TO: Ruth Ann Castro

FAX: 415-954-4480

FROM: Jeshawna Harrell

PAGES: 2 (including coversheet)

### Confidentiality Notice

*This FACSIMILE transmission is intended only for the use of the individua
or entity named above and may contain information that is confidential,
privileged and exempt from disclosure under applicable law. If you are n
the intended recipient, you are hereby notified that any disclosure,
copying, distribution or use of any of the information contained in this
transmission is strictly __PROHIBITED__. If you have received this
transmission in error, please immediately notify us by telephone and mai
the original transmission to us at the above address. Thank you.*

1
2
3
4

```
┌─────────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT          │
└─────────────────────────────────────────────┘
```

5
6
7

```
                                    TIME : 05/06/2008
                                    NAME : LAW OFFICES
                                    FAX  : 4156214173
                                    TEL  : 4156214500
                                    SER.# : BROD5J26198
```

8
9
10
11

```
┌──────────────────────────────────────────────────────┐
│  DATE,TIME              05/06  16:04                    │
│  FAX NO./NAME           14159544480                     │
│  DURATION               00:00:31                        │
│  PAGE(S)                02                              │
│  RESULT                 OK                              │
│  MODE                   STANDARD                        │
│                         ECM                             │
└──────────────────────────────────────────────────────┘
```

12
13
14
15
16

**LAW OFFICES OF**

# MARK L. WEBB

**A PROFESSIONAL CORPORATION**

*Attorneys at Law*

214 Grant Avenue, Suite 501
SAN FRANCISCO, CALIFORNIA 94108
PHONE (415) 621-4500
FAX (415) 621-4173

May 6, 2008

TO: Ruth Ann Castro

FAX: 415-954-4480

FROM: Jeshawna Harrell

PAGES: 2 (including coversheet)

17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# W

LAW OFFICES OF

## MARK L. WEBB

A PROFESSIONAL CORPORATION

*Attorneys at Law*

MARK L. WEBB
*Former U.S. Department of Justice Prosecutor*

May 8, 2008

**VIA U.S. MAIL & FAX**
Ms. Ruth Ann Castro, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Dear Ms. Castro:

In response to your recent letter the following is relevant: your client staged, presented and operated a major motion picture premiere in Los Angeles in 2006 for the movie "Superman Returns." The premiere was attended by all of the movie's starring actors, the producers, the directors and other celebrities. T John E employees operated and ran the event for profit for your client and in so doing Mr. John made statements to one or more of the plaintiffs that he had solicited *more business* in California from colleges and high schools and intended that he would continue to offer his services for other major movie premieres. He even offered Casey Troyer a job to work in California on these future projects, offering him a West Coast managerial type position for future bookings.

I believe these facts present the prima facie showing that would convince the court that at minimum a deposition should take place. I also believe that if you refuse grant such deposition we will have no choice but to represent to the court that fact and suggest that the only equitable way to decide whether adequate contacts exist for the ca to remain in California is to allow some discovery on this issue.

If you agree, I will agree that the deposition should take place in Michigan and will travel for that purpose. Please let me know no later than Monday so I know which way to proceed.

Sincerely,
LAW OFFICES OF MARK L. WEBB

Mark L. Webb, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF**

# MARK L. WEBB

### A PROFESSIONAL CORPORATION

*Attorneys at Law*

214 Grant Avenue, Suite 301
SAN FRANCISCO, CALIFORNIA 94108
PHONE (415) 621-4500
FAX (415) 621-4173

May 8, 2008

TO: Ruth Ann Castro

FAX: 415-954-4480

FROM: Jeshawna Harrell

PAGES: 2 (including coversheet)

## Confidentiality Notice

*This FACSIMILE transmission is intended only for the use of the individual or entity named above and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and m the original transmission to us at the above address. Thank you.*

1
2
3
4

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
```

5
6
7

```
TIME : 05/08/2008
NAME : LAW OFFICES
FAX  : 4156214173
TEL  : 4156214500
SER.# : BROD5J26198
```

8
9
10
11

```
DATE,TIME        05/08  13:29
FAX NO./NAME     14159544480
DURATION         00:00:35
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

12
13
14
15
16

**LAW OFFICES OF**

# MARK L. WEBB

A PROFESSIONAL CORPORATION

*Attorneys at Law*

214 Grant Avenue, Suite 301
SAN FRANCISCO, CALIFORNIA 94108
PHONE (415) 621-4500
FAX (415) 621-4173

May 8, 2008

TO: Ruth Ann Castro

FAX: 415-954-4480

FROM: Jeshawna Harrell

PAGES: 2 (including coversheet)

17
18
19
20
21
22
23
24
25
26
27
28

MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
214 Grant Avenue, Suite 301
San Francisco, CA 94108
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
CASEY TROYER, LUKE SCHMIDT, JEFF WARD, AND KEVIN COGER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TROYER, LUKE SCHMIDT, JEFFERY WARD, AND KEVIN COGER, individuals,<br><br>                  Plaintiff,<br><br>                  v.<br><br>TIMOTHY JOHN, T JOHN E PRODUCTION, INC., and DOES 1 TO 50, inclusive<br><br>                  Defendants. | Case No.: C 08-01926 MMC<br><br>**DECLARATION OF MARK L. WEBB IN REPLY TO DEFENDANT'S OPPOSTION TO MOTION TO VACATE ORDER GRANTING DISMISSAL, MOTION TO RECONSIDER DISMISSAL** |

I, Mark L. Webb, declare:

1. I am the attorney of record for all four plaintiffs of this case. I have been practicing as an attorney in all the courts of this state for over thirty years.

2. My client has provided me with a new internet site that shows that T John E is booking events through www.specialeventsite.com. (See Exhibit 3).

3. The exhibits attached hereto were faxed and mailed to defense counsel on the dates stated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 2, 2008                    LAW OFFICES OF MARK L. WEBB

                                       By: _____
                                             Mark L. Webb, Esq.

-20-

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **July 2, 2008** caused to be served the following documents:

**REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE ORDER GRANTING DISMISSAL; MOTION TO RECONSIDER DISMISSAL DECLARATION OF MARK L. WEBB, ESQ.**

on the parties in this action as follows:

Ms. Ruth Ann Castro, Esq                    Lesile C. Morant, Esq.
Mr. Robert Holtzapple, Esq.                  800 Bridgewater Place
Farella Braun & Martel LLP                   333 Bridge Street, N.W.
235 Montgomery Street, 17th Floor            Grand Rapids, MI 49504
San Francisco, CA 94104
**Telephone: (415) 954-4400**
**Facsimile: (415) 954-4480**

Attorneys for Casey Troyer

X     [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

      [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

X     [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 5:00p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

      [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 2, 2008** in San Francisco, California.

_____
Blanca J. Burke