1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  Telephone: (415) 621-4500
   Facsimile: (415) 621-4173
4
   Attorney for Plaintiff,
5  CASEY TROYER, LUKE SCHMIDT, JEFF WARD, AND KEVIN COGER

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

| CASEY TROYER, LUKE SCHMIDT, JEFFERY WARD, AND KEVIN COGER, individuals, | Case No.: C 08-01926 MMC |
|---|---|
| Plaintiff, | **DECLARATION OF MARK L. WEBB IN REPLY TO DEFENDANT'S OPPOSTION TO MOTION TO VACATE ORDER GRANTING DISMISSAL, MOTION TO RECONSIDER DISMISSAL** |
| v. | |
| TIMOTHY JOHN, T JOHN E PRODUCTION, INC., and DOES 1 TO 50, inclusive | |
| Defendants. | |

I, Mark L. Webb, declare:

1. I am the attorney of record for all four plaintiffs of this case. I have been practicing as an attorney in all the courts of this state for over thirty years.

2. My client has provided me with a new internet site that shows that T John E is booking events through www.specialeventsite.com. (See Exhibit 3).

3. The exhibits attached hereto were faxed and mailed to defense counsel on the dates stated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 2, 2008                    LAW OFFICES OF MARK L. WEBB

                                       By: _____
                                           Mark L. Webb, Esq.

Casey Troyer v. T John E Production
Case No.: C 08-01926

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 214 Grant Avenue, Suite 301, San Francisco, California 94108, in said County and State.

On **July 7, 2008** caused to be served the following documents:

**OPPOSITION TO DEFENDANT"S MOTION TO DISMISS**

**DECLARATION BY MARK L. WEBB IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

on the parties in this action as follows:

| | |
|---|---|
| Ms. Ruth Ann Castro, Esq | Lesile C. Morant, Esq. |
| Mr. Robert Holtzapple, Esq. | 800 Bridgewater Place |
| Farella Braun & Martel LLP | 333 Bridge Street, N.W. |
| 235 Montgomery Street, 17th Floor | Grand Rapids, MI 49504 |
| San Francisco, CA 94104 | |
| **Telephone: (415) 954-4400** | |
| **Facsimile: (415) 954-4480** | |

Attorneys for Casey Troyer

X    [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

X    [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

[VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately 1:30p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

[VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 7, 2008** in San Francisco, California.

Blanca J. Burke